ACCEPTED
12-17-00382-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/19/2017 10:10 AM
Pam Estes
CLERK

CAUSE NO. 12-17-00382-CV

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/19/2017 10:10:33 AM
PAM ESTES
Clerk

## IN THE TWELFTH COURT OF APPEALS
## AT TYLER, TEXAS

### IN THE MATTER OF THE MARRIAGE OF

TONYA WISE,

APPELLEE.

AND

STEVEN B. WISE,

APPELLANT.

On Appeal from the 321st District Court
of Smith County, Texas

## APPELLANT'S MOTION TO DISMISS APPEAL AS MOOT

TO THE HONORABLE JUSTICE OF THE COURT OF APPEALS:

COMES NOW, STEVEN B. WISE, Appellant in the above-entitled and numbered cause files the following Motion to Dismiss Appeal and in support thereof would respectfully show the Court the following:

1.  This is an appeal from Cause No. 16-2260-D; In the Matter of the Marriage of Tonya Wise and Steven B. Wise, in the 321st District Court of Smith County, Texas.

2.  The trial court granted a motion for new trial in this matter which has mooted the

APPELLANT'S MOTION TO DISMISS APPEAL AS MOOT PAGE 1

need for this appeal. *See* attached Exhibit A.

3.    Additionally, the parties have settled this case. The trial court granted a new trial to allow the parties time to submit an amended judgment documenting the parties settlement agreement. The order granting new trial which is attached states that the parties have settled the case and will present an agreed judgment to the trial court. Therefore, appellant requests the court to dismiss this appeal as moot.

**WHEREFORE, PREMISES CONSIDERED,** Appellant, **STEVEN B. WISE,** respectfully asks the Court to grant this Motion to Dismiss this appeal, as moot, and that Appellant be granted such other and further relief, either at law or in equity, to which the Appellant may show just entitlement.

Respectfully submitted,
**LISA MORAN, ATTORNEY AT LAW**
100 E. Ferguson, Suite 1100
Tyler, Texas 75702
(903) 504-5004
(903) 595-4534 (Fax)

By:   /s/ Lisa Moran
        **LISA MORAN**
        State Bar No. 00795542
        **EVAN BARAT**
        State Bar No. 24083233

**THE GOOD LAW FIRM**
Law Office Of Ken W. Good, PLLC
5604 Old Bullard Rd. Suite 102
Tyler, Texas 75701
(903) 579-7507
(866) 381-0455 (Fax)


By:   /s/ Ken W. Good
      **KEN W. GOOD**
      State Bar No. 08139200

## ATTORNEYS FOR STEVEN B. WISE


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded

to attorneys of record by the electronic service system unless otherwise indicated below on this the

18th day of December, 2017.

Mr. Sam George
400 Troup Road
Tyler, Texas 75701


/s/ Ken W. Good
**KEN W. GOOD**



**EXHIBIT A**

| | | |
|---|---|---|
| IN THE MARRIAGE OF | § | FILED |
| THE MARRIAGE OF | § | DEC 18 2017 |
| | § | IN THE DISTRICT COURT |
| TONYA WISE | § | |
| AND | § | 321ST JUDICIAL DISTRICT COURT |
| STEVEN B. WISE | § | |
| | § | |
| AND IN THE INTEREST OF L.W., | § | |
| A CHILD | § | SMITH COUNTY, TEXAS |

## <u>ORDER GRANTING RESPONDENT'S STEVEN WISE'S MOTION FOR NEW TRIAL</u>

**ON THIS DAY** came on to be heard Respondent, Steven Wise's Motion for New Trial. The Court, after reviewing the pleadings, the motion, and Petitioner's response, and after hearing the argument's of counsel determines that the motion is well taken and should be **GRANTED.**

**IT IS, THEREFORE ORDERED, ADJUDGED AND DECREED,** that Respondent's Motion for New Trial is in all things **GRANTED** and the previous judgment entered in this case is in all things **VACATED** and **SET ASIDE.**

The parties have reached a settlement of this case. Therefore, the parties will present an agreed judgment to the court.

**SIGNED** this ____ day of December, 2017.

_____
JUDGE PRESIDING